UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) M.B.D. Case No. 26-mc- 91151 ADB
JOHN DOE, )
)
Defendant )

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE
OF TIME FOR FILING AN INDICTMENT OR INFORMATION,
AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for the Government's pending case against John Doe, and to exclude the time period from March 11, 2026, through and including May 25, 2026, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. Per this motion, the Government requests that the date for the filing of any indictment or information under the Speedy Trial Act be set at May 25, 2026, absent further Order of the Court. The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. The Government has conferred with counsel for Defendant and <u>Defendant assents to this continuance and exclusion of time under the Speedy Trial Act</u>. In support of its request for a continuance and exclusion of time, the Government states as follows:

1.      On March 11, 2026, the defendant made his first appearance on a complaint charging aggravated identity theft, theft of government funds, and illegal acquisition or use of SNAP benefits. *Case No.* 26-mj-7051-JCB.  The court entered a voluntary order of detention on that same day.

2.      The parties have begun discussions for resolution of this matter.  However, even with due diligence, the parties will be unable to finalize their discussions prior to the time within which an indictment or information must be filed.  Thus, the Government requests a 45-day extension of time within which an indictment or information must be filed in this case.

3.      In light of the above, the government requests that the 30-day period to file an indictment or information in this case be tolled through May 25, 2026, and that the time period from March 11, 2026, through May 25, 2026, should be excluded under the Speedy Trial Act.  Any indictment or information should be filed in this case by May 25, 2026, absent further Order of the Court.

4.      The Defendant, through counsel, assents to this request.

5.      A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Eric L. Hawkins*
Eric L. Hawkins
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3299
eric.hawkins@usdoj.gov

Dated:  March 27, 2026

2

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon all counsel of record by email on counsel for Defendant John Doe.

*/s/ Eric L. Hawkins*
Eric L. Hawkins
Assistant United States Attorney

Dated: March 27, 2026